UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARAY J. BENTON, *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> BANK OF AMERICA CORPORATION, *et al.*, <br><br> **Defendants.** | Civil Action No. 15-843 (JEB) |

## ORDER

As set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. The Bank Defendants' [2] Motion to Dismiss is GRANTED IN PART;

2. The Ocwen Defendants' [4] Motion to Dismiss is GRANTED IN PART;

3. Seterus's [17] Motion to Dismiss is GRANTED IN PART;

4. Wilmington's [21] Motion to Dismiss is GRANTED IN PART;

5. Plaintiffs' [5] Motion for Summary Judgment is DENIED WITHOUT PREJUDICE; and

6. The case is TRANSFERRED to the District of Maryland.

IT IS SO ORDERED.

*/s/ James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date:  February 9, 2016

1